AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
DEC - 3 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Aaron GONZALEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No. EP-25-M-6649-RFC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/22/2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute, to wit: a quantity of a mixture or substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At __1:22__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Cody Gull, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/3/25__

*Judge's signature*

City and state: __El Paso, Texas__    Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

On October 22, 2025, a UCA contacted GONZALEZ to set up a purchase of cocaine. GONZALEZ agreed to sell the UC a "Mexican ounce" (approximately 25 grams) for $500.00, and they agreed to meet later that day at a parking lot located at the 1200 block of Horizon Blvd. in El Paso. An air unit saw the SUBJECT VEHICLE arrive at the parking lot and approach the front of the UC vehicle. The UC also confirmed it was the SUBJECT VEHICLE.

Agents saw GONZALEZ exit the SUBJECT VEHICLE and enter the UC vehicle, where GONZALEZ only had a baggie with 11 grams of cocaine. GONZALEZ told the UC he would be back soon with the rest of the cocaine and exited the vehicle.

GONZALEZ departed the parking lot in the SUBJECT VEHICLE and drove to a residence at the 14000 block of Lago Di Garda Ct., Horizon City, Texas, which was observed by the air unit. Agents believe that the residence may be a stash house for drugs. Surveillance units confirmed that GONZALEZ returned to the parking lot and met with the UC.

GONZALEZ delivered a baggie with 14 additional grams of cocaine to the UCA to complete the transaction. Agents subsequently followed GONZALEZ in the SUBJECT VEHCLE to his residence, where agents saw the SUBJECT VEHICLE parked at the residence. Agents seized the baggies as evidence, which had a total gross weight of 25.1 grams. A sample was taken from one of the baggies, which field-tested positive for cocaine.

This affidavit is being submitted in support of the probable cause arrest of Aaron GONZALEZ. Your affiant submits that there is probable cause to believe that GONZALEZ did unlawfully, knowingly, and intentionally violate Title 21, United States Code, § 841(a)(1), Possession of a Controlled Substance with Intent to Distribute, to-wit: a quantity of a mixture or substance containing a detectable amount of cocaine. The information contained within this affidavit is based on your affiant's personal knowledge, training and experience, as well as information provided to him by other law enforcement officers assisting with this investigation. Your affiant has not included every fact known to him concerning this investigation. Your affiant has set forth only the facts that he believes are necessary to establish the foundation for an order authorizing the arrest of GONZALEZ.