FILED

DEC - 3 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

**United States District Court**
**Western District of Texas**
**El Paso Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | EP-25-M-6649-RFC |
| v. | |
| Aaron GONZALEZ, | |
| Defendant. | |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant is charged with a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years.

2. The Defendant was arrested with approximately 25.1 grams of Cocaine.

3. The Defendant has a prior criminal history.

4. The Defendant is a foreign national and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

5. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

6. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY


By: *Andres Ortega*
ANDRES ORTEGA
Assistant U.S. Attorney
Texas Bar #24048700
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-688 D@tsun684

2